# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 18-40296
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

October 25, 2018

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

NELLY BEATRIZ CAZARES,

Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 1:17-CR-563-1

Before HIGGINBOTHAM, ELROD, and DUNCAN, Circuit Judges.

PER CURIAM:[*]

Nelly Beatriz Cazares pleaded guilty to a single count of possession with intent to distribute more than 100 kilograms of marijuana. Cazares contends that her conviction was not supported by an adequate factual basis because the Government did not meet its obligation to prove that she had knowledge of the type and quantity of drugs involved in her offense.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 18-40296

As Cazares concedes, her sole appellate argument is foreclosed by *United States v. Betancourt*, 586 F.3d 303, 308-09 (5th Cir. 2009), which determined that *Flores-Figueroa v. United States*, 556 U.S. 646 (2009), did not overturn *United States v. Gamez-Gonzalez*, 319 F.3d 695 (5th Cir. 2003), and that the Government is not required to prove knowledge of the drug type and quantity as an element of a 21 U.S.C. § 841 drug trafficking offense.  The Government thus did not have to prove that Cazares was aware of the type and quantity of controlled substances involved in her offense.

Therefore, Cazares's motion for summary disposition is GRANTED, and the district court's judgment is AFFIRMED.